UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :     **SCHEDULING ORDER**
        - against -                :
                                   :     22 Cr. 632 (AKH)
DIOGENES PLAZA,                    :
                                   :
                      Defendant.   :
-------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The status conference scheduled for July 9, 2025 will be held at 10:30 a.m. in Courtroom 14D.

    SO ORDERED.

Dated:   July 2, 2025
             New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge