

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

January 7, 2026

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Diogenes Plaza et al.*, 22 Cr. 632 (AKH)

Dear Judge Hellerstein:

      The Government submits this joint letter from the parties to request that the upcoming status conference for defendant Diogenes Plaza, currently scheduled for January 8, 2025, be adjourned for approximately 60 days. The adjournment will allow the parties to continue discussions regarding a possible disposition in this matter.

      Defense counsel has consented to this request and to the continued exclusion of time through the date of the new status conference. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial for the reasons set forth above.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

        by: _____
                    Jane Y. Chong
                    Matthew R. Shahabian
                    Assistant United States Attorneys
                    (917) 763-3172

By CM/ECF:  Matthew Kluger, Esq.

*Conf is adjourned until March 11, 2026 at 10:00a.m.; Time is excluded; in the interest of justice.*

*Alvin K. Hellerstein*

*1/7/2026*